**Form dirpymps,ksdirpym**  (Revised 12/01/2009)

**United States Bankruptcy Court – District of Kansas**
161 Robert J. Dole US Courthouse
500 State Avenue
Kansas City, KS 66101

Case Number:  18–21424                                    Chapter:  13

In re:

Loree Jill White

Michael Shane White                          fka      Loree Jill West
dba    Mike's Repair                         fka      Loree Jill Singmaster
22740 Ks Wy 239                              fka      Loree Jill Bogan
Prescott, KS 66767                           fka      Loree Jill Eller

                                             22740 Ks Wy 239
SSN: xxx–xx–2496                             Prescott, KS 66767

                                             SSN: xxx–xx–2768

| **Entered By The Court** | **ORDER DIRECTING PAYMENT OF FILING FEES** | **Filed By The Court** |
| **7/13/18** | | **7/13/18** |
| | | **David D. Zimmerman** |
| | | **Clerk of Court** |
| | | **US Bankruptcy Court** |

This matter is before the Court on the debtor(s) voluntary petition for relief under Chapter 13 of title 11, United States Code which was filed on July 12, 2018. The petition was not accompanied by the filing fees, an application to pay filing fees in installments (if applicable), or an application for waiver of the chapter 7 filing fee(if applicable), as prescribed by 28 U.S.C. §1930.

The debtor(s) are ORDERED to pay to the Clerk of the United States Bankruptcy Court the filing fees in the amount of $310.00 or, if eligible, file either an application to pay filing fee in installments or an application for waiver of the chapter 7 filing fee pursuant to Fed. R. Bankr. P. 1006, within fourteen (14) days of the date hereof, or this case will be DISMISSED WITHOUT FURTHER NOTICE.

Document 3                                    s/ Robert D. Berger
                                             United States Bankruptcy Judge