UNITED STATES GOVERNMENT
MEMORANDUM

DATE:       **October 15, 2018**

REPLY TO
ATTN OF:    **Judy R. Cowger, Deputy-in-Charge**
            **United States Bankruptcy Court**
            **500 State Ave., Room 161**
            **Kansas City, KS  66101**

SUBJECT:    **Insufficient Funds Check**
            **Michael and Loree White**
            **Case No.  18-21424-RDB-13**

TO:         **Corey Swischer**
            **110 N Cedar St**
            **PO Box 484**
            **Nevada MO  64772**

            **Michael and Loree White**
            **22740 Ks Wy 239**
            **Prescott, KS  66767**

Please be advised that check numbered 2147 drawn on the account of The Law Office of Corey M. Swischer, LLC, with US Bank in the amount of $310.00, tendered as payment of the filing fee in the above-referenced case, has been returned unpaid.

Please remit within ten (14) days of the date hereof, the sum of $363.00 by certified funds, representing repayment of the filing fee plus a $53.00 check return fee as required by 28 U.S.C. Sec. 1930.  Failure to comply may result in dismissal of the above-referenced case.

Thank you for your prompt cooperation and should you have any questions, please feel free to contact me at (913) 735-2112.

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER AND ORIGINAL DOCUMENT SECURITY SCREEN ON BACK WITH PADLOCK SECURITY ICON

**The Law Office of Corey M. Swischer, LLC**
Corey M. Swischer, Attorney at Law
110 W. Ohio St. - PO Box 367
Butler, MO 64730
Phone: (660) 200-7147

US Bank
80-45/1012

10/5/18

002147

$310.00

PAY TO THE ORDER OF   U.S. Bankruptcy Court Clerk

Three Hundred & ten & no/100 _____ DOLLARS

AUTHORIZED SIGNATURE

MEMO   Michael & Lori White

18-21424   ⑈002147⑈   2266⑈

Case 18-21424   Doc# 26   Filed 10/15/18   Page 2 of 2