U.S. Bankruptcy Court - District of Kansas
Court Room Minute Sheet
1/15/2019
Hon. Robert D. Berger, Presiding


09:30 AM

---

Case Information:
        18-21424 Michael Shane White and Loree Jill White   Chapter: 13

Judge: RDB  Filed: 07/12/2018   Pln Confirmed:

---

Appearances:
        Corey M Swischer   representing  Michael Shane White  (Debtor)
        Corey M Swischer   representing  Loree Jill White  (Joint Debtor)
        XX William H Griffin  (Trustee)

---

Issue(s):
        [33]  Second Amended Chapter 13 Planto correct length of plan adding terms of payment for Citizen's Bank, and removing reference to variable payments Filed by Joint Debtor Loree Jill White, Debtor Michael Shane White (RE: related document(s)13 Chapter 13 Plan  Filed by Joint Debtor Loree Jill White, Debtor Michael Shane White.).

        [37]  Objection to Confirmation of Plan, with Certificate of Service. Filed by Trustee William H Griffin. (^Griffin5, William)

---

Notes/Decision:

No appearance by counsel.  Trustee filed a motion to dismiss (Doc 22) and no response has been filed.  Case dismissed on Trustee's motion.
The Court noted on the record the myriad of problems with the case and multiple attempts by the Clerk's Office to contact counsel.  The Court will issue a show cause for 2/12/19 for counsel to appear and show cause why his fees should not be disgorged and other sanctions imposed.

---

Courtroom Deputy: Judy    Cowger
ECRO Reporter:  Cindy    Merrick