# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF KANSAS
## KANSAS CITY DIVISION

| | | |
|---|---|---|
| In The Matter Of: | ) | |
| | ) | |
| Michael Shane White | ) | Case Number: 18-21424-rdb |
|   DBA Mike's Repair | ) | |
| | ) | |
| Loree Jill White | ) | Chapter 13 |
|   FKA Loree Jill West | ) | |
|   FKA Loree Jill Singmaster | ) | Motion to Lift Stay filed by |
|   FKA Loree Jill Eller | ) | U.S. Bank National Association |
|   FKA Loree Jill Bogan | ) | |
| | ) | |
| | ) | Millsap & Singer, LLC |
|     Debtors | ) | 612 Spirit Drive |
| | ) | St. Louis, MO 63005 |
| U.S. Bank National Association | ) | (636) 537-0110 |
| | ) | |
|     Movant, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| Michael Shane White | ) | |
|   DBA Mike's Repair | ) | |
| | ) | |
| Loree Jill White | ) | |
|   FKA Loree Jill West | ) | |
|   FKA Loree Jill Singmaster | ) | |
|   FKA Loree Jill Eller | ) | |
|   FKA Loree Jill Bogan | ) | |
| | ) | |
| | ) | |
| and | ) | |
| | ) | |
| William H Griffin | ) | |
| | ) | |
|     Trustee | ) | |
| | ) | |
|     Respondents | ) | |
| | ) | |

## MOTION FOR RELIEF FROM AUTOMATIC STAY

1

COMES NOW, U.S. Bank National Association and for its Motion for Relief from Automatic Stay pursuant to Rules 4001 and 9014 of the Bankruptcy Rules, states as follows:

1.      On July 12, 2018, Debtors filed a Petition under Chapter 13 of the Bankruptcy Code.  William H Griffin is the duly appointed and qualified Trustee in this case.

2.      Movant is the holder of a secured claim in this proceeding by virtue of one Retail Installment Sale Contract Simple Finance Charge dated March 10, 2017 in the original principal amount of $45,250.00.  A copy of said Retail Installment Sale Contract Simple Finance Charge has been electronically attached to this document as Exhibit A and is made a part hereof by this reference.

3.      Said Contract is secured by a Security Interest constituting a lien on personal property of the Debtors.  Said property being more particularly described as follows:

2C3CDXCT6HH581855: 2017 Dodge Charger

A copy of said Security Interest has been electronically attached to this document as Exhibit B and is made a part hereof by this reference.

4.      Movant seeks to enforce said Contract and Security Interest as by law allowed.  No creditor or Trustee of the estate has any interest in said personal property superior to the rights of Movant.

5.      This Court previously entered its Order pursuant to 11 U.S.C. Section 362(a) prohibiting, among other things, any act to enforce any lien against the property of the estate and any act to obtain possession of property of the estate.

6.      The current amount of debt on said Contract is $37,348.15.The value of the personal property is $24,950 as indicated by the NADA Used Car Guide.  A copy of

2

said NADA Used Car Guide has been electronically attached to this document as Exhibit C and is made a part hereof by this reference.

7.      The Chapter 13 Plan filed by the Debtors proposes to pay post-petition payments directly to U.S. Bank National Association.

8.      Monthly post petition payments are owing and delinquent from November 24, 2018 to the present.  The following are the payments that are delinquent:

| | |
|---|---|
| 1  payments @ $215.40 | $215.40 |
| 3  payments @ $678.08 | $2,034.24 |
| Total Arrearages | $2,249.64 |

9.      By reason of the aforesaid facts, Movant lacks adequate protection of its interest in said property pursuant to the 11 U.S.C. Section 362(d), and Movant is entitled to relief from the automatic stay order.

WHEREFORE, Movant prays that this Court terminate the automatic stay in regard to the personal property in order to permit Movant, or its successors and assigns to proceed with repossession on the aforesaid property, to pursue its remedies under state law in connection with the aforesaid Retail Installment Sale Contract Simple Finance Charge and Notice of Lien, and to pursue its remedies under state law for possession of said personal property, and for such other relief as is appropriate and just.1

Dated May 17, 2019

Respectfully Submitted,
Millsap & Singer, LLC

*/s/ Stewart C. Bogart*
Cynthia M. Kern Woolverton, #21445
Stewart C. Bogart, #26836

3

Muhammad Esa Ahmed, #28153
612 Spirit Drive
St. Louis, MO  63005
Telephone:   (636) 537-0110
Facsimile:    (636) 537-0067
bkty@msfirm.com

Attorneys for U.S. Bank National Association

4

<u>**CERTIFICATE OF SERVICE**</u>

I certify that a true and correct copy of the foregoing document was filed electronically on May 17, 2019 with the United States Bankruptcy Court, and has been served on the parties in interest via e-mail by the Court pursuant to CM/ECF as set out on the Notice of Electronic filing as issued by the Court or in the alternative has been served by depositing a true and correct copy of same enclosed in a postage prepaid, properly addressed envelope, in a post office official depository under the exclusive care and custody of the United States Postal Service within the state of Missouri on those parties directed by the Court on the Notice of Electronic Filing issued by the Court as required by the Federal Rules of Bankruptcy Procedure and the Local Rules of the United States Bankruptcy Court.

*/s/ Stewart C. Bogart*

**Electronic Mail Notice List**

The following is the list of attorneys who are currently on the list to receive e-mail notices for this case.

Colin N. Gotham

William H Griffin

Office of the United States Trustee

**Manual Notice List**

The following is a list of parties who are not on the list to receive e-mail notices for this case (who therefore require manual noticing).

Michael Shane White
 DBA Mike's Repair
Loree Jill White
 FKA Loree Jill West
 FKA Loree Jill Singmaster
 FKA Loree Jill Eller
 FKA Loree Jill Bogan
22740 Ks Wy 239
Prescott, KS 66767

5

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF KANSAS**
**KANSAS CITY DIVISION**

| | | |
|---|---|---|
| In The Matter Of: | ) | |
| | ) | |
| Michael Shane White | ) | Case Number: 18-21424-rdb |
|   DBA Mike's Repair | ) | |
| | ) | |
| Loree Jill White | ) | Chapter 13 |
|   FKA Loree Jill West | ) | |
|   FKA Loree Jill Singmaster | ) | Motion to Lift Stay filed by |
|   FKA Loree Jill Eller | ) | U.S. Bank National Association |
|   FKA Loree Jill Bogan | ) | |
| | ) | |
| | ) | Millsap & Singer, LLC |
| | ) | 612 Spirit Drive |
|     Debtors | ) | St. Louis, MO 63005 |
| | ) | (636) 537-0110 |
| U.S. Bank National Association | ) | |
| | ) | |
|     Movant, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| Michael Shane White | ) | |
|   DBA Mike's Repair | ) | |
| | ) | |
| Loree Jill White | ) | |
|   FKA Loree Jill West | ) | |
|   FKA Loree Jill Singmaster | ) | |
|   FKA Loree Jill Eller | ) | |
|   FKA Loree Jill Bogan | ) | |
| | ) | |
| | ) | |
| | ) | |
| and | ) | |
| | ) | |
| William H Griffin | ) | |
| | ) | |
|     Trustee | ) | |
| | ) | |
|     Respondents | ) | |
| | ) | |
| | ) | |

6

## <u>SUMMARY OF EXHIBITS AND CERTIFICATE OF SERVICE</u>

The following exhibits in reference to the Motion for Relief have been electronically attached as Exhibits and are available upon request in their entirety.

      A.     Retail Installment Sale Contract Simple Finance Charge
      B.     Notice of Lien
      C.     NADA Used Car Guide

Respectfully Submitted,
Millsap & Singer, LLC

*/s/ Stewart C. Bogart*
Cynthia M. Kern Woolverton, #21445
Stewart C. Bogart, #26836
Muhammad Esa Ahmed, #28153
612 Spirit Drive
St. Louis, MO  63005
Telephone:   (636) 537-0110
Facsimile:    (636) 537-0067
bkty@msfirm.com
Attorneys for U.S. Bank National Association

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true and correct copy of all documents supporting my Motion for Relief referenced above, including legible copies of all documents evidencing perfection of security interests have been served on the Trustee and Counsel for the Debtors on May 17, 2019  Copies of the above documents are available to other parties in interest upon request.

*/s/ Stewart C. Bogart*

# RETAIL INSTALLMENT SALE CONTRACT
## SIMPLE FINANCE CHARGE

Dealer Number _____ Contract Number _____

| Buyer Name and Address (Including County and Zip Code) | Co-Buyer Name and Address (Including County and Zip Code) | Seller-Creditor (Name and Address) |
|---|---|---|
| MICHAEL SHANE WHITE 22740 KANSAS HWY 239 PRESCOTT, KS 66767- | | JAY HATFIELD CHRYSLER 1021 N HWY 69 FRONTENAC KS 66763- |

You, the Buyer (and Co-Buyer, if any), may buy the vehicle below for cash or on credit. By signing this contract, you choose to buy the vehicle on credit under the agreements on the front and back of this contract. You agree to pay the Seller - Creditor (sometimes "we" or "us" in this contract) the Amount Financed and Finance Charge in U.S. funds according to the payment schedule below. We will figure your finance charge on a daily basis. The Truth-In-Lending Disclosures below are part of this contract.

| New/Used | Year | Make and Model | Odometer | Vehicle Identification Number | Primary Use For Which Purchased |
|---|---|---|---|---|---|
| NEW | 2017 | Dodge Charger | 19 | 2C3CDXCT6HH581855 | Personal, family or household unless otherwise indicated below ☐ business ☐ agricultural ☐ _____ |

### FEDERAL TRUTH-IN-LENDING DISCLOSURES

| ANNUAL PERCENTAGE RATE The cost of your credit as a yearly rate. | FINANCE CHARGE The dollar amount the credit will cost you. | Amount Financed The amount of credit provided to you or on your behalf. | Total of Payments The amount you will have paid after you have made all payments as scheduled. | Total Sale Price The total cost of your purchase on credit, including your down payment of $ _____.00 |
|---|---|---|---|---|
| 6.70 % | $ 11708.72 | $ 45250.00 | $ 56958.72 | $ 56958.72 |

**Your Payment Schedule Will Be:**

| Number of Payments | Amount of Payments | When Payments Are Due |
|---|---|---|
| 84 | 678.08 | Monthly beginning 04/24/2017 |
| | N/A | |

Or as Follows:
N/A

**Late Charge.** If payment is not received in full within __10__ days after it is due, you will pay a late charge of __5__ % of the part of the payment that is late. If the vehicle is primarily for personal, family, or household use, the maximum charge for each late payment will be $25.
**Prepayment.** If you pay early, you will not have to pay a penalty.
**Security Interest.** You are giving a security interest in the vehicle being purchased.
**Additional Information:** See this contract for more information including information about nonpayment, default, any required repayment in full before the scheduled date and security interest.

**ITEMIZATION OF AMOUNT FINANCED**

1. Cash Price (including $ 2125.18 sales tax) ..... $ 41205.18 (1)
2. Total Downpayment =
   Trade-In 2014 Dodge Charger
   (Year) (Make) (Model)
   Gross Trade-In Allowance ..... $ 15091.24
   Less Pay Off Made By Seller USBANK ..... $ 22083.06
   Equals Net Trade In ..... $ 6991.82-
   + Cash ..... $ 1000.00
   + Other REBATE ..... $ 2250.00
   (if total downpayment is negative, enter "0" and see 4I below) ..... $ .00 (2)
3. Unpaid Balance of Cash Price (1 minus 2) ..... $ 41205.18 (3)
4. Other Charges including Amounts Paid to Others on Your Behalf (Seller may keep part of these amounts):
   A. Cost of Optional Credit Insurance Paid to Insurance Company or Companies.
      Life ..... $ N/A
      Disability ..... $ N/A ..... $ N/A
   B. Vendor's Single Interest Insurance Paid to Insurance Company ..... $ N/A
   C. Other Optional Insurance Paid to Insurance Company or Companies ..... $ N/A
   D. Optional Gap Contract ..... $ N/A
   E. Official Fees Paid to Government Agencies
      to N/A for N/A ..... $ N/A
      to N/A for N/A ..... $ N/A
      to N/A for N/A ..... $ N/A
   F. Government Taxes Not Included in Cash Price ..... $ N/A
   G. Government License and/or Registration Fees
      N/A ..... $ N/A
   H. Government Certificate of Title Fees ..... $ 4.00
   I. Other Charges (Seller must identify who is paid and describe purpose.)
      to USBANK for Prior Credit or Lease Balance ..... $ 3741.82
      to N/A for N/A ..... $ N/A
      to JAY HATFIELD for ADIN FEE ..... $ 299.00
      to N/A for N/A ..... $ N/A
      to N/A for N/A ..... $ N/A
      to N/A for N/A ..... $ N/A
      to N/A for N/A ..... $ N/A
      to N/A for N/A ..... $ N/A
      to N/A for N/A ..... $ N/A
      to N/A for N/A ..... $ N/A
      Total Other Charges and Amounts Paid to Others on Your Behalf ..... $ 4044.82 (4)
5. Amount Financed (3 + 4) ..... $ 45250.00 (5)

**OPTION:** ☐ You pay no finance charge if the Amount Financed, item 5, is paid in full on or before N/A , _____ Year. N/A , SELLER'S INITIALS _____

**OPTIONAL GAP CONTRACT.** A gap contract (debt cancellation contract) is not required to obtain credit and will not be provided unless you sign below and agree to pay the extra charge. If you choose to buy a gap contract, the charge is shown in item 4D of the Itemization of Amount Financed. See your gap contract for details on the terms and conditions it provides. It is a part of this contract.

Term N/A Mos. N/A Name of Gap Contract

I want to buy a gap contract.
Buyer Signs X _____

**Insurance.** You may buy the physical damage insurance this contract requires (see back) from anyone you choose or you may provide the required insurance through an existing policy owned or controlled by you. Insurance you provide must be acceptable to us. You are not required to buy any other insurance to obtain credit unless the box indicating Vendor's Single Interest Insurance is required is checked below.

If any insurance is checked below, policies or certificates from the named insurance companies will describe the terms and conditions.

Check the insurance you want and sign below:
**Optional Credit Insurance**
☐ Credit Life: ☐ Buyer ☐ Co-Buyer ☐ Both
☐ Credit Disability: ☐ Buyer ☐ Co-Buyer ☐ Both
Premium: N/A
Credit Life $ N/A
Credit Disability $ N/A
Insurance Company Name N/A
Home Office Address N/A

Credit life insurance and credit disability insurance are not required to obtain credit. Your decision to buy or not buy credit life insurance or credit disability insurance will not be a factor in the credit approval process. They will not be provided unless you sign and agree to pay the extra cost. If you choose this insurance, the cost is shown in item 4A of the Itemization of Amount Financed. Credit life insurance is based on your original payment schedule. This insurance may not pay all you owe on this contract if you make late payments. Credit disability insurance does not cover any increase in your payment or in the number of payments. Coverage for credit life insurance and credit disability insurance ends on the original due date for the last payment unless a different term for the insurance is shown below.

**Other Optional Insurance**
☐ N/A N/A
Type of Insurance Term
Premium $ N/A
Insurance Company Name N/A
Home Office Address N/A

☐ N/A N/A
Type of Insurance Term
Premium $ N/A
Insurance Company Name N/A
Home Office Address N/A

Other optional insurance is not required to obtain credit. Your decision to buy or not buy other optional insurance will not be a factor in the credit approval process. It will not be provided unless you sign and agree to pay the extra cost.

I want the insurance checked above.

X _____
Buyer Signature Date

X _____
Co-Buyer Signature Date

THIS INSURANCE DOES NOT INCLUDE INSURANCE ON YOUR LIABILITY FOR BODILY INJURY OR PROPERTY DAMAGE CAUSED TO OTHERS.

**Returned Check Charge:** If any check you give us is dishonored, you will pay a charge of $30 if we demand that you do so.

☐ VENDORS SINGLE INTEREST INSURANCE (VSI Insurance). If the preceding box is checked, the Creditor requires VSI Insurance for the initial term of the contract to protect the Creditor for loss or damage to the vehicle (collision, fire, theft). VSI Insurance is for the Creditor's sole protection. This insurance does not protect your interest in the vehicle. You may choose the insurance company through which the VSI Insurance is obtained. If you elect to purchase VSI insurance through the Creditor, the cost of this insurance is $ _____ and is also shown in item 4B of the Itemization of Amount Financed. The coverage is for the initial term of the contract.

### NO COOLING OFF PERIOD
State law does not provide for a "cooling off" or cancellation period for this sale. After you sign this contract, you may only cancel it if the seller agrees or for legal cause. You cannot cancel this contract simply because you change your mind. This notice does not apply to home solicitation sales.

*The Annual Percentage Rate may be negotiable with the Seller. The Seller may assign this contract and retain its right to receive a part of the Finance Charge.*

**HOW THIS CONTRACT CAN BE CHANGED.** This contract contains the entire agreement between you and us relating to this contract. Any change to this contract must be in writing and we must sign it. No oral changes are binding. Buyer Signs X _____ Co-Buyer Signs X _____
If any part of this contract is not valid, all other parts stay valid. We may delay or refrain from enforcing any of our rights under this contract without losing them. For example, we may extend the time for making some payments without extending the time for making others.
See back for other important agreements.

**NOTICE TO CONSUMER. 1.** Do not sign this agreement before you read it. **2.** You are entitled to a copy of this agreement. **3.** You may prepay the unpaid balance at any time without penalty.

You agree to the terms of this contract. You confirm that before you signed this contract, we gave it to you, and you were free to take it and review it. You confirm that you received a completely filled-in copy when you signed it.

Buyer Signs X _____ Date 03/10/2017 Co-Buyer Signs X _____ Date _____

Co-Buyers and Other Owners — A co-buyer is a person who is responsible for paying the entire debt. An other owner is a person whose name is on the title to the vehicle but does not have to pay the debt. The other owner agrees to the security interest in the vehicle given to us in this contract.

Other owner signs here X _____ Address X _____
Seller Signs JAY HATFIELD CHRYSLER Date 03/10/2017 Title _____

Seller assigns its interest in this contract to U.S. BANK N.A. (Assignee) under the terms of Seller's agreement(s) with Assignee.
☐ Assigned with recourse JAY HATFIELD CHRYSLER ☑ Assigned without recourse ☐ Assigned with limited recourse
Seller _____ By _____ Title _____

FORM NO. 553-KS

## 1. FINANCE CHARGE AND PAYMENTS

a. **How we will figure Finance Charge.** We will figure the Finance Charge on a daily basis at the Annual Percentage Rate on the unpaid part of the Amount Financed.

b. **How we will apply payments.** We may apply each payment to the earned and unpaid part of the Finance Charge, to the unpaid part of the Amount Financed and to other amounts you owe under this contract in any order we choose.

c. **How late payments or early payments change what you must pay.** We based the Finance Charge, Total of Payments, and Total Sale Price shown on the front on the assumption that you will make every payment on the day it is due. Your Finance Charge, Total of Payments, and Total Sale Price will be more if you pay late and less if you pay early. Changes may take the form of a larger or smaller final payment or, at our option, more or fewer payments of the same amount as your scheduled payment with a smaller final payment. We will send you a notice telling you about these changes before the final scheduled payment is due.

d. **You may prepay.** You may prepay all or part of the unpaid part of the Amount Financed at any time without penalty. If you do so, you must pay the earned and unpaid part of the Finance Charge and all other amounts due up to the date of your payment.

e. **Your right to refinance a balloon payment.** A balloon payment is a scheduled payment that is more than twice as large as the average of your earlier scheduled payments. If you are buying the vehicle primarily for personal, family or household use, you have the right to refinance the balloon payment when due without penalty. The terms of the refinancing will be no less favorable to you than the terms of this contract. This provision does not apply if we adjusted your payment schedule to your seasonal or irregular income.

## 2. YOUR OTHER PROMISES TO US

a. **If the vehicle is damaged, destroyed, or missing.** You agree to pay us all you owe under this contract even if the vehicle is damaged, destroyed, or missing.

b. **Using the vehicle.** You agree not to remove the vehicle from the U.S. or Canada, or to sell, rent, lease, or transfer any interest in the vehicle or this contract without our written permission. You agree not to expose the vehicle to misuse, seizure, confiscation, or involuntary transfer. If we pay any repair bills, storage bills, taxes, fines, or charges on the vehicle, you agree to repay the amount when we ask for it.

c. **Security Interest.**
You give us a security interest in:
- The vehicle and all parts or goods put on it;
- All money or goods received (proceeds) for the vehicle;
- All insurance, maintenance, service, or other contracts we finance for you; and
- All proceeds from insurance, maintenance, service, or other contracts we finance for you. This includes any refunds of premiums or charges from the contracts.

This secures payment of all you owe on this contract. It also secures your other agreements in this contract. You will make sure the title shows our security interest (lien) in the vehicle. You will not allow any other security interest to be placed on the title without our written permission.

d. **Insurance you must have on the vehicle.**
You agree to have physical damage insurance covering loss of or damage to the vehicle for the term of this contract. The insurance must cover our interest in the vehicle. If you do not have this insurance, we may, if we choose, buy physical damage insurance. If we decide to buy physical damage insurance, we may either buy insurance that covers your interest and our interest in the vehicle, or buy insurance that covers only our interest. If we buy either type of insurance, we will tell you which type and the charge you must pay. The charge will be the premium for the insurance and a finance charge computed at the Annual Percentage Rate shown on the front of this contract. If the vehicle is lost or damaged, you agree that we may use any insurance settlement to reduce what you owe or repair the vehicle.

e. **What happens to returned insurance, maintenance, service, or other contract charges.** If we get a refund of insurance, maintenance, service, or other contract charges, you agree that we may subtract the refund from what you owe.

## 3. IF YOU PAY LATE OR BREAK YOUR OTHER PROMISES

a. **You may owe late charges.** You will pay a late charge on each late payment as shown on the front. Acceptance of a late payment or late charge does not excuse your late payment or mean that you may keep making late payments.

If you pay late, we may also take the steps described below.

b. **You may have to pay all you owe at once.** If you break your promises (default), we may demand that you pay what you owe at once after we give you any notice the law requires. Default means:
- You do not pay any payment on time; or
- You give false, incomplete, or misleading information on a credit application, you start a proceeding in bankruptcy or one is started against you or your property, or you break any agreements in this contract, except that if you bought the vehicle primarily for personal, family or household purposes, we will only treat these events as defaults if they significantly impair the prospect of payment, performance, or realization of the collateral. We bear the burden of establishing the prospect of significant impairment.

The amount you will owe will be the unpaid part of the Amount Financed plus the earned and unpaid part of the Finance Charge, any late charges, and any amounts due because you defaulted.

c. **You may have to pay collection costs.** You will pay our reasonable costs to collect what you owe, including court costs, attorney fees and collection agency fees, but you will not have to pay both attorney fees and collection agency fees. Collection costs will not include costs incurred by our salaried employees and will not exceed 15% of the amount you owe.

d. **We may take the vehicle from you.** If you default, we may take (repossess) the vehicle from you after we give you any notice the law requires. We may only take the vehicle if we do so peacefully and the law allows it. If your vehicle has an electronic tracking device, you agree that we may use the device to find the vehicle. If we take the vehicle, any accessories, equipment, and replacement parts will stay with the vehicle. If any personal items are in the vehicle, we may store them for you at your expense. If you do not ask for these items back, we may dispose of them as the law allows.

e. **How you can get the vehicle back if we take it.** If we repossess the vehicle, you may pay to get it back (redeem). We will tell you how much to pay to redeem. Your right to redeem ends when we sell the vehicle.

f. **We will sell the vehicle if you do not get it back.** If you do not redeem, we will sell the vehicle. We will send you a written notice of sale before selling the vehicle.
We will apply the money from the sale, less allowed expenses, to the amount you owe. Allowed expenses are expenses we pay as a direct result of taking the vehicle, holding it, preparing it for sale, and selling it. Attorney fees and court costs the law permits are also allowed expenses. If any money is left (surplus), we will pay it to you unless the law requires us to pay it to someone else. If money from the sale is not enough to pay the amount you owe, you must pay the rest to us unless the law provides otherwise. If you do not pay this amount when we ask, we may charge you interest at a rate not exceeding the highest lawful rate until you pay.

g. **What we may do about optional insurance, maintenance, service, or other contracts.** This contract may contain charges for optional insurance, maintenance, service, or other contracts. If we demand that you pay all you owe at once or we repossess the vehicle, you agree that we may claim benefits under these contracts and cancel them to obtain refunds of unearned charges to reduce what you owe or repair the vehicle. If the vehicle is a total loss because it is confiscated, damaged, or stolen, we may claim benefits under these contracts and cancel them to obtain refunds of unearned charges to reduce what you owe.

## 4. WARRANTIES SELLER DISCLAIMS

The following paragraph does not affect any warranties covering the vehicle that the vehicle manufacturer may provide. It only applies if you are an organization.
Unless the Seller makes a written warranty, or enters into a service contract within 90 days from the date of this contract, the Seller makes no warranties, express or implied, on the vehicle, and there will be no implied warranties of merchantability or of fitness for a particular purpose.

## 5.
Used Car Buyers Guide. The information you see on the window form for this vehicle is part of this contract. Information on the window form overrides any contrary provisions in the contract of sale.
Spanish Translation: Guía para compradores de vehículos usados. La información que ve en el formulario de la ventanilla para este vehículo forma parte del presente contrato. La información del formulario de la ventanilla deja sin efecto toda disposición en contrario contenida en el contrato de venta.

## 6. SERVICING AND COLLECTION CONTACTS

You agree that we may try to contact you in writing, by e-mail, or using prerecorded/artificial voice messages, text messages, and automatic telephone dialing systems, as the law allows. You also agree that we may try to contact you in these and other ways at any address or telephone number you provide us, even if the telephone number is a cell phone number or the contact results in a charge to you.

## 7. APPLICABLE LAW

Federal law and Kansas law apply to this contract. This contract shall be subject to the provisions of the Kansas Uniform Consumer Credit Code (including Article 2, Parts 2 and 5) unless you are a corporation or the vehicle is purchased primarily for business or agricultural use.

**NOTICE: ANY HOLDER OF THIS CONSUMER CREDIT CONTRACT IS SUBJECT TO ALL CLAIMS AND DEFENSES WHICH THE DEBTOR COULD ASSERT AGAINST THE SELLER OF GOODS OR SERVICES OBTAINED PURSUANT HERETO OR WITH THE PROCEEDS HEREOF. RECOVERY HEREUNDER BY THE DEBTOR SHALL NOT EXCEED AMOUNTS PAID BY THE DEBTOR HEREUNDER.**

The preceding NOTICE applies only to goods or services obtained primarily for personal, family, or household use. In all other cases, Buyer will not assert against any subsequent holder or assignee of this contract any claims or defenses the Buyer (debtor) may have against the Seller, or against the manufacturer of the vehicle or equipment obtained under this contract.

Form No. 553-KS 5/16

Case 18-21424    Doc# 77-1    Filed 05/17/19    Page 2 of 2

EXHIBIT
B

## Search Result Details

### VIN Search on 2C3CDXCT6HH581855

**Title Information:**

Number: AA6460463

Type: Regular ( Electronic )

Issue Date: 2017-04-19

Status: Approved

Category: Regular

**Title Holder(s):**

Michael Shane White
22740 Kansas Hwy 239
Prescott, KS 66767

**Vehicle Information:**

Color: Light Green

Type: Passenger

Make: DODGE

Model: Charger

Year: 2017

Weight: 4264

Gross Laden Weight: 4264

Property Style: 4D

VIN: 2C3CDXCT6HH581855

Fuel Category: G

Odometer: 19

Odometer Status: Actual

**Lien Holder(s):**

U S Bank Na
PO Box 3427
Oshkosh, WI 54903-3427

**NOSI Information**

NOSI Lien Holder:
U S Bank Na
PO Box 3427
Oshkosh, WI 54903-3427

NOSI Owner Name:
Michael Shane White
22740 Kansas Hwy 239
Prescott, KS 66767

NOSI Received Date:
2017-03-14

NOSI Vehicle Information:
Year: 2017
Make: DODG
VIN: 2C3CDXCT6HH581855

**Registration Information:**

County: Linn

Plate Number:

Plate Jurisdiction: KS

Plate Status: Active

Type: Standard

Application Date: 2017-04-01

Purchase Date: 2017-03-10

Decal Id:

Expiration Date: 11/2017

**Registration Holder(s):**

Michael Shane White
22740 Kansas Hwy 239
Prescott, KS 66767

**Insurance Information**

Policy Id:

Policy Jurisdiction: KS

Policy Status: ACTIVE

Effective Date: 2017-09-27

End Date: 2018-05-29

Carrier: AMERICAN FAMILY MUTUAL INSURANCE COMPANY

**EXHIBIT**

**C**

## NADA Used Cars/Trucks

NADA User Car Guide assumes no responsibility or liability for any errors or omissions or any revisions or additions made by anyone on this report.



Licensed to J.D. Power

| | | | |
|---|---|---|---|
| **Period:** | March 15, 2019 | **Region:** | Kansas |
| **VIN:** | 2C3CDXCT6HH581855 | **Ref. Number:** | |

### 2017 Dodge Charger Sedan 4D R/T 5.7L V8

| | | | | | |
|---|---|---|---|---|---|
| **Mileage:** | 32,500 | **Adjustment:** | $0 | **Base MSRP:** | $34,790 |
| **Weight:** | 4,264 | | | | |

### NADA Used Cars/Trucks Values

| | Base | Mileage Adj. | Option Adj. | Adjusted Value |
|---|---|---|---|---|
| Low Auction* | $18,875 | $259 | N/A | $19,134 |
| Average Auction* | $21,000 | $259 | N/A | $21,259 |
| High Auction* | $23,150 | $259 | N/A | $23,409 |
| Rough Trade-In | $19,575 | N/A | N/A | $19,575 |
| Average Trade-In | $21,225 | N/A | N/A | $21,225 |
| Clean Trade-In | $22,600 | N/A | N/A | $22,600 |
| Clean Loan | $20,350 | N/A | N/A | $20,350 |
| Clean Retail | $24,950 | N/A | N/A | $24,950 |

* The auction values displayed include typical equipment and adjustments for mileage and any of the following applicable accessories: engine size; drivetrain, and trim.

### Vehicle Information

| | Trade-In / Loan | Retail |
|---|---|---|
| ☐ Premium Pkg | $3,200 | $3,575 |
| ☐ Certified Pre-Owned | N/A | $1,400 |
| ☐ Navigation System | $675 | $750 |
| ☑ Aluminum/Alloy Wheels | N/A | N/A |
| ☐ Leather Seats | $625 | $700 |
| ☐ Power Sunroof | $575 | $650 |
| ☐ Beats Audio System | $425 | $475 |

NADA Used Car Guide and its logo are registered trademarks of National Automobile Dealers Association, used under license by J.D. Power. © 2019 J.D. Power

https://extapps.nada.com/NADAOnline/ucg/                              3/15/2019