**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF KANSAS**
**KANSAS CITY DIVISION**

| | | |
|---|---|---|
| In The Matter Of: | ) | |
| | ) | |
| Michael Shane White | ) | Case Number: 18-21424-rdb |
|   DBA Mike's Repair | ) | |
| | ) | |
| Loree Jill White | ) | Chapter 13 |
|   FKA Loree Jill West | ) | |
|   FKA Loree Jill Singmaster | ) | Motion to Lift Stay filed by |
|   FKA Loree Jill Eller | ) | U.S. Bank National Association |
|   FKA Loree Jill Bogan | ) | |
| | ) | |
|    Debtors | ) | Millsap & Singer, LLC |
| | ) | 612 Spirit Drive |
| U.S. Bank National Association | ) | St. Louis, MO 63005 |
| | ) | (636) 537-0110 |
|    Movant, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| Michael Shane White | ) | |
|   DBA Mike's Repair | ) | |
| | ) | |
| Loree Jill White | ) | |
|   FKA Loree Jill West | ) | |
|   FKA Loree Jill Singmaster | ) | |
|   FKA Loree Jill Eller | ) | |
|   FKA Loree Jill Bogan | ) | |
| | ) | |
| | ) | |
| and | ) | |
| | ) | |
| William H Griffin | ) | |
| | ) | |
|    Trustee | ) | |
| | ) | |
|    Respondents | ) | |
| | ) | |

## NOTICE OF OBJECTION DEADLINE ON MOTION FOR RELIEF FROM STAY

1

MS 194981.394199

NOTICE IS HEREBY GIVEN that a Motion for Relief from Stay was filed herein by U.S. Bank National Association, a copy of which is attached to this notice.

NOTICE IS FURTHER GIVEN that unless a written objection and/or response is filed on or before **June 7, 2019**, which is twenty-one (21) days from the date this notice was mailed (with a copy to the undersigned), to the Clerk of the U.S. Bankruptcy Court at Kansas City, Kansas, an order sustaining the motion will be submitted to the Court. A hearing will not be held on the motion unless an objection is timely filed with the Clerk. If a written objection and/or response is timely filed, the motion will be heard by nonevidentiary hearing before the Honorable Robert D. Berger, in United States Bankruptcy Court, District of Kansas, 161 U.S. Courthouse, 500 State Avenue, Courtroom 151, Kansas City, KS 66101, on **June 18, 2019 at  1:30 PM** or as soon thereafter as counsel can be heard.

IF AN OBJECTION IS TIMELY FILED AND THE PARTIES ANTICIPATE THAT THE HEARING MAY EXTEND IN EXCESS OF TEN (10) MINUTES, COUNSEL MUST FILE A WRITTEN MOTION FOR CONTINUANCE (WITH A CERTIFICATE OF MAILING TO OPPOSING COUNSEL AND THE TRUSTEE) SETTING OUT THE LENGTH OF TIME REQUIRED FOR SUCH HEARING, AND A PROPOSED ORDER OF CONTINUANCE.

Dated May 17, 2019

Respectfully Submitted:
Millsap & Singer, LLC

*/s/ Stewart C. Bogart*
Cynthia M. Kern Woolverton, #21445
Stewart C. Bogart, #26836
Muhammad Esa Ahmed, #28153
612 Spirit Drive
St. Louis, MO
Telephone: (636) 537-0110
Facsimile: (636) 537-0067
bkty@msfirm.com

Attorneys for U.S. Bank National Association

MS 194981.394199

# CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing document was filed electronically on May 17, 2019, with the United States Bankruptcy Court, and has been served on the parties in interest via e-mail by the Court pursuant to CM/ECF as set out on the Notice of Electronic filing as issued by the Court or in the alternative has been served by depositing a true and correct copy of same enclosed in a postage prepaid, properly addressed envelope, in a post office official depository under the exclusive care and custody of the United States Postal Service within the state of Missouri on those parties directed by the Court on the Notice of Electronic Filing issued by the Court as required by the Federal Rules of Bankruptcy Procedure and the Local Rules of the United States Bankruptcy Court.

*/s/ Stewart C. Bogart*

**Electronic Mail Notice List**

The following is the list of attorneys who are currently on the list to receive e-mail notices for this case.

Colin N. Gotham

William H Griffin

Office of the United States Trustee

**Manual Notice List**

The following is a list of parties who are not on the list to receive e-mail notices for this case (who therefore require manual noticing).

Michael Shane White
  DBA Mike's Repair
Loree Jill White
  FKA Loree Jill West
  FKA Loree Jill Singmaster
  FKA Loree Jill Eller
  FKA Loree Jill Bogan
22740 Ks Wy 239
Prescott, KS 66767

MS 194981.394199