UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF KANSAS
KANSAS CITY DIVISION

IN RE:                              )
                                    )
MICHAEL SHANE WHITE AND             )
LOREE JILL WHITE                    )        Case No. 18-21424-RDB
                                    )        Chapter 13
        DEBTORS.                    )

**DEBTORS' OBJECTION TO MOTION FOR RELIEF FROM THE
AUTOMATIC STAY FILED BY U.S. BANK NATIONAL ASSOCIATION**

NOW COME the Debtors, Michael Shane White and Loree Jill White, by and through

their attorney, Colin N. Gotham of Evans & Mullinix, P.A., and in response to the Motion for

Relief From the Automatic Stay filed by U.S. Bank National Association, states as follows:

**COUNT I**

1.     The Debtors admit the allegations contained in Paragraph 1.

2.     The Debtors admit the allegations contained in Paragraph 2.

3.     The Debtors admit the allegations contained in Paragraph 3.

4.     The Debtors admit the allegations contained in Paragraph 4.

5.     The Debtors admit the allegations contained in Paragraph 5.

6.     The Debtors deny the allegations contained in paragraph 6. Debtors believe that they are current on the payments.

7.     The Debtors admit the allegations contained in Paragraph 7.

8.     The Debtors deny the allegations contained in paragraph 8. Debtors believe that they are current on the payments.

9.     The Debtors deny the allegations contained in Paragraph 9. Debtors believe that they are current on the payments.

00829264

WHEREFORE, for the reasons set forth above, the Debtors request that the Court deny the Motion for Relief from the Automatic Stay filed by U.S. Bank National Association, and for such other and further relief as this Court deems just and equitable.

Respectfully Submitted:

EVANS & MULLINIX, P.A.

*/s/ Colin N. Gotham*
Colin N. Gotham, KS#19538, MO#52343
7225 Renner Road, Suite 200
Shawnee, KS  66217
(913) 962-8700; (913) 962-8701 (Fax)
cgotham@emlawkc.com
*Attorneys for Debtors*

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served electronically to those parties who have entered an appearance in the court's Electronic Court Filing (ECF) System on the date entered on the court's docket.

*/s/ Colin N. Gotham*
Colin N. Gotham

00829264

2