# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF KANSAS
## KANSAS CITY DIVISION

In The Matter Of:                      )
                                       )    Case Number 18-21424-rdb
Michael Shane White                    )
Loree Jill White                       )
                                       )    Chapter 13
    Debtors,                       )
                                       )
U.S. Bank National Association         )
                                       )
    Creditor,                      )
                                       )

## <u>MEMORANDUM</u>

COMES NOW U.S. Bank National Association, by and through its Attorney and

hereby withdraws its Motion for Relief filed May 17, 2019 without prejudice.


Dated July 12, 2019


                    Respectfully Submitted:
                    Millsap & Singer, LLC

                    */s/ Muhammad Esa Ahmed*
                    Cynthia M. Kern Woolverton, #21445
                    Stewart C. Bogart, #26836
                    Muhammad Esa Ahmed, #28153
                    Attorneys for Movant
                    612 Spirit Drive
                    St. Louis, MO
                    Telephone: (636) 537-0110
                    Facsimile: (636) 537-0067
                    bkty@msfirm.com

                    Attorneys for U.S. Bank National Association

## <u>CERTIFICATE OF SERVICE</u>

I certify that a true and correct copy of the foregoing document was filed electronically on July 12, 2019, with the United States Bankruptcy Court, and has been served on the parties in interest via e-mail by the Court pursuant to CM/ECF as set out on the Notice of Electronic filing as issued by the Court or in the alternative has been served by depositing a true and correct copy of same enclosed in a postage prepaid, properly addressed envelope, in a post office official depository under the exclusive care and custody of the United States Postal Service within the state of Missouri on those parties directed by the Court on the Notice of Electronic Filing issued by the Court as required by the Federal Rules of Bankruptcy Procedure and the Local Rules of the United States Bankruptcy Court.

*/s/ Muhammad Esa Ahmed*

**Electronic Mail Notice List**

The following is the list of attorneys who are currently on the list to receive e-mail notices for this case.

Colin N. Gotham

William H Griffin

Office of the United States Trustee

**Manual Notice List**

The following is a list of parties who are not on the list to receive e-mail notices for this case (who therefore require manual noticing).

Michael Shane White
Loree Jill White
22740 Ks Wy 239
Prescott, KS 66767

